# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INVITROGEN CORPORATION, QUANTUM DOT CORPORATION, MOLECULAR PROBES, INC., and REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>EVIDENT TECHNOLOGIES, INC., and DOES 1 through 5, Inclusive,<br><br>Defendants. | Civil Action No. 6:08-cv-163-LD |

## DEFENDANT EVIDENT TECHNOLOGIES, INC.'S
## NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Pursuant to paragraph 9 of the Court's Discovery Order (Docket Entry 34), Defendant Evident Technologies, Inc. hereby provides notice that it today served Plaintiffs with the disclosures required by Patent Rules 3-3 and 3-4.

        Respectfully submitted,

        EVIDENT TECHNOLOGIES, INC.

November 7, 2008        ***/s/ Melvin R. Wilcox, III***
        Melvin R. Wilcox, III
        State Bar No. TX 21454800
        YARBROUGH & WILCOX PLLC
        100 E. Ferguson St., Suite 1015
        Tyler, Texas 75702
        Telephone: (903) 595-1133
        Facsimile: (903) 595-0191
        E-mail: mrw@yw-lawfirm.com

        John W. Bateman (admitted *pro hac vice*)
        KENYON & KENYON LLP
        1500 K Street, NW

                                        Washington, DC 20005
                                        Telephone: (202) 220-4200
                                        Facsimile: (202) 220-4201

OF COUNSEL:

George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Zeba Ali
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed and/or served electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on November 7, 2008.

                                        */s/ Melvin R. Wilcox, III*
                                        MELVIN R. WILCOX, III