# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INVITROGEN CORPORATION, QUANTUM DOT CORPORATION, MOLECULAR PROBES, INC., and REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>*Plaintiffs*,<br><br>v.<br><br>EVIDENT TECHNOLOGIES, INC., and DOES 1 through 5, Inclusive,<br><br>*Defendants.* | Civil Action No. 6:08-cv-163-LD |

## DEFENDANT EVIDENT TECHNOLOGIES, INC.'S
## NOTICE OF BANKRUPTCY FILING

**PLEASE TAKE NOTICE THAT** on July 6, 2009 (the "Petition Date"), Evident Technologies, Inc. filed a voluntary petition for relief in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The *In Re Evident Technologies, Inc.* case is pending under Case No. 09-12515.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code, from and after the Petition Date, no cause of action arising prior to, or relating to the period prior to, the Petition Date may be commenced or prosecuted against the Debtors, and no related judgment may be entered or

enforced against the Debtors outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

July 6, 2009 /s/ **_Melvin R. Wilcox, III_**
Melvin R. Wilcox, III
State Bar No. TX 21454800
YARBROUGH & WILCOX PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191
E-mail: mrw@yw-lawfirm.com

John W. Bateman (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201

OF COUNSEL:

George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed on July 6, 2009, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Melvin R. Wilcox, III*
Melvin R. Wilcox, III